AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | | |
|---|---|---|
| ANDREW HALLINAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-04381 |
| CITY OF NEW YORK, ET AL. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Regina Yu
> Cohen & Green PLLC
> 1639 Centre St. Suite 216
> Ridgewood (Queens), NY 11385
> regina@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/27/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-04381

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

**Summons Rider**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No. 26-cv-04381**

City of New York
c/o Steven Banks
NYC Law Department
100 Church St
New York, NY 10007

Captain Kevin T. Russell
123rd Precinct
116 Main St
Staten Island, NY 10307

Inspector Elias J. Nikas (retired)
1 Police Plaza Room 110a
New York, NY 10038

Officer Armin Sabovic
13th Precinct
230 East 21st Street
New York, NY, 10010

Officer Brian P. Sweeney (former MOS)
1 Police Plaza
New York, NY 10038

Sergeant Brian Raghoenathsingh
13th Precinct
230 East 21st Street
New York, NY, 10010

Detective Michael J. Lombardi (retired)
1 Police Plaza
New York, NY 10038

1

**<u>Summons Rider</u>**

Officer Dennis Peng
Strategic Response Group 4
137-58 Northern Blvd
Flushing, NY 11354


Officer Eric J. Rodriguez
Police Academy Payroll and Roll Call
130-30 28th Ave
College Point (Flushing), NY 11354


Officer Howard J. Thornton
Strategic Response Group 1
524 W 42nd St
New York, NY 10036