**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2537
fax: (212) 356-3509
zreszytn@law.nyc.gov

November 13, 2026

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Hallinan v. City of New York, et al., No. 26 Civ. 04381 (GHW) (RWL)

Your Honor:

I am the Assistant Corporation Counsel in the New York City Law Department representing Defendants in the above-referenced matter.

Defendants write to respectfully request that the Court endorse the enclosed Stipulation and Order of Dismissal, which has been executed by the parties.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zoe Reszytniak*
Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

**CC:** **VIA ECF**
All Counsel of Record

*Encls.*