USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

-------------------------------------------------------------------------------- x

ANDREW HALLINAN,

Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

Defendants.

-------------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

26-CV-04381 (GHW) (RWL)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice.

**[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]**

Dated: New York, New York
November 5, 2026

WYLIE STECKLOW PLLC
*Attorneys for Plaintiff*
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019

By: _______________________
Wylie M. Stecklow
*Attorney for Plaintiff*

Cohen & Green PLLC
*Attorneys for Plaintiff*
1639 Centre Street, Suite 216
Ridgewood (Queens), New York 11385

By: _______________________
Regina Yu
*Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Russell, Nikas, Sabovic, Raghoenathsingh, Lombardi, Peng, Rodriguez, and Thornton*
100 Church Street, 3rd Floor
New York, New York 10007

By: _______________________
Zoe Reszytniak
*Assistant Corporation Counsel*

SO ORDERED:

_______________________
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

Dated: ______________, 2026

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). This endorsement does not constitute an order of the Court.

SO ORDERED.

Dated: November 16, 2026
New York, New York

_______________________
GREGORY H. WOODS
United States District Judge